**2003–1949.  Welsh v. Indiana Ins. Co.**

Stark App. No. 02CA00378, 2003-Ohio-5054 and 2003-Ohio-5244. On review of order certifying a conflict. The court determines that no conflict exists. This cause is therefore dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–1971.  State ex rel. Ridenbaugh v. Hottinger.**

In Quo Warranto. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–1977.  Johnson v. Cleveland.**

In Prohibition. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–2026.  State ex rel. Madonia v. Gravens.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–2073.  State ex rel. Williams v. Croft.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–2074.  Hamilton v. Dunlap.**

In Habeas Corpus. On petition for writ of habeas corpus of Anton D. Hamilton. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–2082.  Cline v. Buckeye Union Ins. Co.**

Muskingum App. No. CT20030007, 2003-Ohio-5456. On review of order certifying a conflict. The court determines that no conflict exists. This cause is therefore dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–2120.  State ex rel. Vasi v. Wiseman.**

In Habeas Corpus. On petition for writ of habeas corpus of Jack K. Vasi. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–2124.  Billups v. Hurley.**

In Habeas Corpus. On petition for writ of habeas corpus of David Billups. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

# MOTION AND PROCEDURAL RULINGS

**1999–1878.  State v. Williams.**

Lucas C.P. No. CR991366. On motion for stay of execution set for March 12, 2004. Motion granted.

RESNICK, J., dissents.